IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

OCCAM EDGE TECHNOLOGIES, LLC,
   Plaintiff,

v.

SHARKDREAMS, INC.

and

DHARMA NUKARAPU,

   Defendants.

Case No. 1:23-cv-01286

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the court by agreement of the parties pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT APPEARING TO THE COURT that the parties have settled this matter and wish to dissolve the instant matter with prejudice, by agreement; it is hereby

ORDERED that this matter is DISMISSED AS SETTLED WITH PREJUDICE, each party will bear his or its own costs, expenses and attorneys' fees, and this matter is ended.

**AND THIS CAUSE IS FINAL.**

ENTERED this 3rd day of July 2024.

_____
Judge

WE ASK FOR THIS:

OCCAM EDGE TECHNOLOGIES, LLC
By Counsel

/s/ Heba K. Carter

Heba K. Carter, Esq. (VA Bar# 87564)
General Counsel, P.C.
6849 Old Dominion Drive, Suite 220
McLean, VA 22101
Tel: (703)556-0411
hcarter@gcpc.com
*Counsel for Plaintiff*

SEEN AND AGREED:

SHARKDREAMS, INC.
DHARMA NUKARAPU
By Counsel

Michael C. Whitticar (V.S.B. No. 32968)
NOVA IP Law, PLLC
155 Broadview Avenue, Suite 200
Warrenton, VA 20186
Phone: (571) 386-2980
Fax: (855) 295-0740
Email: mikew@novaiplaw.com
*Counsel for Defendants SharkDreams, Inc. and Dharma Nukarapu*